

E-FILED
Thursday, 07 August, 2008 01:43:35 PM
Clerk, U.S. District Court, ILCD

AUG - 6 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 08-30081 |
| v. | ) | |
| | ) | 18 U.S.C. §844(e) |
| ROGER C. DYER, | ) | 18 U.S.C. §2118 |
| | ) | 21 U.S.C. §841(b)(1) |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1
(Possession With the Intent to Distribute Controlled Substances)

(1) At all times material herein, Roger C. Dyer was a resident of Waggoner, Illinois.

(2) At all times material herein, the following businesses were registered with the Drug Enforcement Administration under Section 302 of the Controlled Substances Act to dispense controlled substances:

    a.    Sullivan Drug, 801 N. O'Bannon, Raymond, Illinois
    b.    Fritz Drug Store, 201 W. Main St., Staunton, Illinois
    c.    Metzger Healthcare Pharmacy, 118 N. Walnut, Assumption, Illinois
    d.    Pharmacy Plus, Inc., 508 N. Main St., Carrollton, Illinois

(3) From in or about March of 2007 and continuing then on through June 13, 2008, in the Central District of Illinois,

**ROGER C. DYER,**

defendant herein, along with persons known and unknown, did commit the following burglaries in which controlled substances (among other items) were stolen, with the intent to re-distribute

them:

    (a)    On or about March 26, 2007, Roger C. Dyer burglarized the Sullivan Drug in Raymond, Illinois;

    (b)    On or about April 21, 2007, Roger C. Dyer, along with at least one other person, burglarized the Fritz Drug Store in Staunton, Illinois;

    (c)    On or about September 16, 2007, Roger C. Dyer burglarized the Metzger Healthcare Pharmacy in Assumption, Illinois;

    (d)    On or about December 21, 2007, Roger C. Dyer again burglarized the Metzger Healthcare Pharmacy in Assumption, Illinois;

    (e)    On or about January 18, 2008, Roger C. Dyer burglarized the Pharmacy Plus in Carrollton, Illinois; and

    (f)    On or about June 9, 2008, Roger C. Dyer burglarized the Sullivan Drug in Raymond, Illinois.

(4)    On or about June 13, 2008, in the Central District of Illinois,

**ROGER C. DYER,**

defendant herein, did knowingly and intentionally possess with the intent to distribute controlled substances;

All in violation of Title 21, United States Code, Section 841.

## COUNT 2
(Pharmacy Burglary)

1. The grand jury realleges and reaffirms the allegations in paragraphs 1 through 4 of Count 1 of this indictment as though fully set forth herein.

2. On or about March 26, 2007, in Montgomery County in the Central District of Illinois,

**ROGER C. DYER,**

defendant herein, did, without authority, enter and remain in the business premises of the Sullivan Drug store in Raymond, Illinois, with the intent to steal material or compounds containing controlled substances, the replacement cost of which exceeds $500;

All in violation of Title 18, United States Code, Section 2118(b).

## COUNT 3
(Pharmacy Burglary)

1. The grand jury realleges and reaffirms the allegations in paragraphs 1 through 4 of Count 1 of this indictment as though fully set forth herein.

2. On or about April 21, 2007, in Macoupin County in the Central District of Illinois,

**ROGER C. DYER**,

defendant herein, did, without authority, enter and remain in the business premises of the Fritz Drug store in Staunton Illinois, with the intent to steal material or compounds containing controlled substances, the replacement cost of which exceeds $500;

All in violation of Title 18, United States Code, Section 2118(b).

## COUNT 4
(Pharmacy Burglary)

1. The grand jury realleges and reaffirms the allegations in paragraphs 1 through 4 of Count 1 of this indictment as though fully set forth herein.

2. On or about September 16, 2007, in Christian County in the Central District of Illinois,

**ROGER C. DYER**,

defendant herein, did, without authority, enter and remain in the business premises of the Metzger Healthcare Pharmacy in Assumption, Illinois, with the intent to steal material or compounds containing controlled substances, the replacement cost of which exceeds $500;

All in violation of Title 18, United States Code, Section 2118(b).

## COUNT 5
(Pharmacy Burglary)

1. The grand jury realleges and reaffirms the allegations in paragraphs 1 through 4 of Count 1 of this indictment as though fully set forth herein.

2. On or about December 21, 2007, in Christian County in the Central District of Illinois,

**ROGER C. DYER,**

defendant herein, did, without authority, enter and remain in the business premises of the Metzger Healthcare Pharmacy in Assumption, Illinois, with the intent to steal material or compounds containing controlled substances, the replacement cost of which exceeds $500;

All in violation of Title 18, United States Code, Section 2118(b).

## COUNT 6
(Pharmacy Burglary)

1. The grand jury realleges and reaffirms the allegations in paragraphs 1 through 4 of Count 1 of this indictment as though fully set forth herein.

2. On or about January 18, 2008, in Greene County in the Central District of Illinois,

**ROGER C. DYER,**

defendant herein, did, without authority, enter and remain in the business premises of Pharmacy Plus, Inc., in Carrollton, Illinois, with the intent to steal material or compounds containing controlled substances, the replacement cost of which exceeds $500;

All in violation of Title 18, United States Code, Section 2118(b).

## COUNT 7
(Pharmacy Burglary)

1. The grand jury realleges and reaffirms the allegations in paragraphs 1 through 4 of Count 1 of this indictment as though fully set forth herein.

2. On or about June 9, 2008, in Montgomery County in the Central District of Illinois,

**ROGER C. DYER**,

defendant herein, did, without authority, enter and remain in the business premises of the Sullivan Drug store in Raymond, Illinois, with the intent to steal material or compounds containing controlled substances, the replacement cost of which exceeds $500;

All in violation of Title 18, United States Code, Section 2118(b).

## COUNT 8
(Bomb Threat)

1. The grand jury realleges and reaffirms the allegations in paragraphs 1 through 4 of Count 1 of this indictment as though fully set forth herein.

2. On or about June 9, 2008, in Montgomery County in the Central District of Illinois,

**ROGER C. DYER**,

defendant herein, did use a telephone, an instrument of commerce, to maliciously convey false information, knowing the same to be false, concerning an alleged attempt being made to unlawfully damage and destroy a hospital in Litchfield, Illinois by means of explosives;

All in violation of Title 18, United States Code, Section 844(e)

A True Bill.
s/ Foreperson

_____
Foreperson

s/ Jeffrey B. Lang

_____
RODGER A. HEATON
UNITED STATES ATTORNEY

PDH