E-FILED
Wednesday, 13 August, 2008 12:50:33 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **WARRANT FOR ARREST** |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 08-30081** |
| **Roger C. Dyer** | ) | |
| 226 N. Starr Street | ) | |
| Waggoner, IL | ) | |
| Defendant | ) | |

**FILED**

AUG 1 3 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**TO:**    THE U. S. MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest ROGER C. DYER, and bring him or her forthwith to the nearest magistrate judge to answer an Indictment charging him or her with Possession with the intent to distribute a controlled substance in violation of Title 21, United States Code, Section(s) 841; Pharmacy Burglary in violation of Title 18, United States Code, Section(s) 2118(b); and Bomb Threat in violation of Title 18, Untied States Code, Section(s) 844(e).

PAMELA E. ROBINSON
Name of Issuing Officer
s/Pamela E. Robinson
_____
**Signature of Issuing Officer**

CLERK U.S. DISTRICT COURT
Title of Issuing Officer

**August 7, 2008, Springfield, IL**
**Date and Location**

U.S. MARSHALS SERVICE
CENTRAL ILLINOIS
2008 AUG -7 P 3: 02
RECEIVED

Bail fixed at $ <u>NONE</u>  by Magistrate Judge Byron G. Cudmore.

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at _Montgomery Co. Jail, Hillsboro_ | | |
| Date Received _8/07/08_  Name of Arresting Officer _Scott Garriott_ | | Signature of Arresting Officer |
| Date of Arrest _8/11/08_   Title of Arresting Officer _DEA_ | | _[signature]_ |